FILED

2025 JUN 26  AM 9: 32

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

1  CUAUHTEMOC ORTEGA (Bar No. 257443)
   Federal Public Defender
2  DREW HAVENS (Bar No. 306280)
   (E-Mail: drew_havens@fd.org)
3  Deputy Federal Public Defender
   321 East 2nd Street
4  Los Angeles, California 90012-4202
   Telephone: (213) 894-2854
5  Facsimile: (213) 894-0081

6  Attorneys for Defendant
   EDWIN OSVALDO MANRIQUEZ

7
                 **UNITED STATES DISTRICT COURT**
8
              **CENTRAL DISTRICT OF CALIFORNIA**
9
                      **WESTERN DIVISION**
10

11  UNITED STATES OF AMERICA,              Case No. 2:25-mj-03653-DUTY

12            Plaintiff,                   **NOTICE OF REASSIGNMENT**

13         v.

14  EDWIN OSVALDO MANRIQUEZ.

15            Defendant.

16  ─────────────────────────────

17       PLEASE TAKE NOTICE that Deputy Federal Public Defender Drew Havens

18  has been assigned to represent Defendant Edwin Osvaldo Manriquez in place and stead

19  of Deputy Federal Public Defender Charles Snyder.

20       Please make all necessary changes to the Court's case management/electronic

21  filing system to ensure that Deputy Federal Public Defender Drew Havens receives all

22  e-mails relating to filings in this case.

23                               Respectfully submitted,

24                               CUAUHTEMOC ORTEGA
                                 Federal Public Defender
25

26  DATED: June 26, 2025     By: */s/ Drew Havens*

27                               DREW HAVENS
                                 Deputy Federal Public Defender
28